AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 8:21-MJ-00813 | 12/8/21 Approx. 11:46 am | Shaoshan Lao |

Inventory made in the presence of :
NA

Inventory of the property taken and name of any person(s) seized:
No property was seized off the Shaoshan Lao (AKA Laura Chan's) person.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/15/2021

*Executing officer's signature*

Anthony Clark, Special Agent
*Printed name and title*